FILED'09 AUG 12 10:44USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD G. ORR, ) | |
| ) | |
| Plaintiff, ) | CV 07-3086-CL |
| ) | |
| v. ) | |
| ) | |
| OREGON STATE BOARD OF PAROLE ) | **ORDER** |
| & P.P.S., et al., ) | |
| ) | |
| Defendants. ) | |

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See Lorin Corp. v. Goto & Co., Ltd. 700 F.2d 1201, 1206 (9th Cir. 1983).

I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#124) is adopted. Petitioner's motion to dismiss (#130) is granted

/ / /

1 - ORDER

and the amended complaint (#34) is dismissed with prejudice.

IT IS SO ORDERED.

DATED this /V day of August, 2009.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDE

2 - ORDER